1

2                                                                        JS-6

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                            EASTERN DIVISION

11

12   SHANGO JAJA GREER,                    )   No. 5:22-cv-00334-VBF (JDE)
                                           )
13                    Plaintiff,           )
                                           )   ORDER ACCEPTING REPORT
14              v.                         )   AND RECOMMENDATION OF
                                           )   UNITED STATES MAGISTRATE
15   MICHAEL D. CARVAJAL, et al.,          )   JUDGE
                                           )
16                    Defendants.          )
                                           )
17   _____       )

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file,

19   including the Complaint (Dkt. 1) filed by Shango Jaja Greer ("Plaintiff"),

20   Plaintiff's Request to Proceed Without Prepayment of Filing Fees (Dkt. 4,

21   "IFP Request"), the Order Regarding Plaintiff's Complaint (Dkt. 6), the

22   Report and Recommendation of the Magistrate Judge (Dkt. 10, "Report"), and

23   Plaintiff's Objections to the Report. The Court has engaged in a de novo

24   review of those portions of the Report to which objections have been made.

25   The Court accepts the findings and recommendation of the magistrate judge.

26        Therefore, IT IS HEREBY ORDERED that:

27        1.    The IFP Request (Dkt. 4) is DENIED; and

28

2. Judgment shall be entered dismissing this action with prejudice.

Dated:  September 30, 2022 _

/s/ Valerie Baker Fairbank

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge

2