JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SHANGO JAJA GREER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. CARVAJAL, et al.,<br><br>Defendants. | No. 5:22-cv-00334-VBF (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 30, 2022/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge